UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THERESA SPIEGEL.,

                             Plaintiff,          **NOTICE OF MOTION**
                                                         **TO REMAND**

v.                                           Civil Action #.1:23-cv-11209 (DLC)

ESTEE LAUDER, INC.,
et al.,

                             Defendants.
-----------------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that upon the Memorandum of Law in Support Plaintiff's Motion to Remand the Complaint, dated January 22, 2024; and all exhibits attached thereto, and upon all the papers and proceedings had herein, Plaintiff will move this Court, before the Honorable Denise L. Cote, at the United States Courthouse for the Southern District of New York located at 40 Foley Square, New York, New York, 10007 on a date and at a time to be designated by the Court, for an Order pursuant to Federal Rule of Civil Procedure 28 U.S.C. §1447(c) remanding this case back to Supreme Court, New York County.

    Dated: New York
           January 22, 2024

                                                      _____/s/_____
                                                      Hugo Ortega, Esq.
                                                      Tanner & Ortega, LLP
                                                      Attorneys for Plaintiff
                                                      299 Broadway, Suite 1700
                                                      New York, N.Y. 10007
                                                      212-962-1333

To Counsel of Record VIA ECF