```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
THERESA SPIEGEL,                       :
                        Plaintiff,     :
                                       :      23 Civ. 11209 (DLC)
            -v-                        :
                                       :              ORDER
ESTEE LAUDER, INC., et al.,            :
                                       :
                        Defendants.    :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

  This case was removed from the Supreme Court of the State of New York, County of New York ("the New York Supreme Court") to this Court on December 27, 2023.  On January 22, 2024, the plaintiff filed a motion to remand this action to the New York Supreme Court.  Accordingly, it is hereby

  ORDERED that the defendants shall file any opposition to the plaintiff's motion by February 5, 2024.  The plaintiff's reply, if any, shall be filed by February 12.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl

Street, New York, New York.

Dated:    New York, New York
          January 22, 2024

                              _____
                              DENISE COTE
                              United States District Judge