UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THERESA SPIEGEL,

                Plaintiff,

-against-

ESTÉE LAUDER INC., ESTÉE LAUDER COMPANIES, INC., ELC BEAUTY LLC, ESTÉE LAUDER INTERNATIONAL INC., LUSINE JACOBS, NOE ARTEAGA, ANGELINA MILLER and JENNE EUGENE,

                Defendant(s).

Civil Action No.: 23-CV-11209
(DLC) (OTW)

**DECLARATION OF TANIA J. MISTRETTA, ESQ. IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

---

**TANIA J. MISTRETTA, ESQ.**, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am a Principal with the law firm Jackson Lewis P.C., attorneys for Defendants Estée Lauder Inc., Estée Lauder Companies, Inc., ELC Beauty LLC, Estée Lauder International Inc., Lusine Jacobs, Noé Arteaga, Angelina Miller and Jenne Eugene (collectively "Defendants"). As such, I am fully familiar with the facts and circumstances set forth herein.

2. I submit this Declaration in opposition to Plaintiff's Motion to Remand.

3. A true and correct copy of Plaintiff's Complaint with the accompanying exhibits attached thereto, dated November 28, 2023, is annexed hereto as Exhibit "A."

4. This Declaration is made in accordance with 28 U.S.C. § 1746(2). I declare under penalty of perjury that the foregoing is true and correct.

**WHEREFORE**, for the reasons set forth in Defendants' accompanying Memorandum of Law in Opposition to Plaintiff's Motion to Remand, Defendants respectfully

request an Order denying Plaintiff's Motion to Remand, along with such other and further relief as the Court deems just and proper.

Dated: February 5, 2024
      New York, New York

*[signature]*
_____
Tania J. Mistretta