```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
THERESA SPIEGEL,                        :
                                        :
                       Plaintiff,       :    23cv11209 (DLC)
            -v-                         :
                                        :        ORDER
ESTEE LAUDER INC., et al,               :
                                        :
                       Defendants.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On February 23, 2024, defendants filed a motion to strike and dismiss the original complaint in this action pursuant to Rule 12(b)(6) and 12(f), Fed. R. Civ. P. The plaintiff filed an amended complaint on March 8. Accordingly, it is hereby

ORDERED that the February 23 motion is denied as moot.

Dated:   New York, New York
         March 12, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge