UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERESA SPIEGEL,<br><br>                                            Plaintiff,<br><br>-against-<br><br>ESTÉE LAUDER INC., ESTÉE LAUDER COMPANIES, INC., ELC BEAUTY LLC, ESTÉE LAUDER INTERNATIONAL INC., LUSINE JACOBS, NOÉ ARTEAGA, ANGELINA MILLER and JENNE EUGENE,<br><br>                                            Defendant(s). | Case No.: 23-CV-11209<br>(DLC) (OTW)<br><br>**DEFENDANTS' NOTICE OF MOTION TO STRIKE AND DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure, Defendants Estée Lauder Inc., Estée Lauder Companies, Inc., ELC Beauty LLC, Estée Lauder International Inc., Lusine Jacobs, Noé Arteaga, Angelina Miller and Jenne Eugene (collectively "Defendants"), upon the Declaration of Tania J. Mistretta, Esq., dated March 15, 2024, with the accompanying exhibit annexed thereto, and the Memorandum of Law in Support of Defendant's Motion to Strike and to Dismiss, will move this Court located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, at a date and time convenient for the Court, for an order granting its Motion to Strike and Dismiss, dismissing the Amended Complaint filed by Plaintiff Theresa Spiegel in its entirety, with prejudice, as well as granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, that responding

papers, if any, shall be served on or before March 29, 2024, and reply papers, if any, shall be served on or before April 5, 2024.

Dated: March 15, 2024
      New York, New York

                            Respectfully submitted,

                            JACKSON LEWIS PC
                            666 Third Avenue, 29th Floor
                            New York, New York 10017
                            (212) 545-4000

By: _____
                            Tania J. Mistretta
                            Cooper Binsky

                            *Attorneys for Defendants*
                             *Estée Lauder Inc., Estée Lauder*
                             *Companies, Inc., ELC Beauty LLC, Estée*
                             *Lauder International Inc., Lusine Jacobs,*
                             *Noé Arteaga, Angelina Miller and Jenne*
                             *Eugene*