```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
THERESA SPIEGEL,                         :
                                         :
                         Plaintiff,      :   23cv11209 (DLC)
              -v-                        :
                                         :        ORDER
ESTEE LAUDER INC., et al.,               :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On March 15, 2024, the defendants filed a motion to strike and dismiss the first amended complaint ("FAC") in this action pursuant to Rule 12(b) and 12(f), Fed. R. Civ. P. On April 5, 2024, the plaintiff filed her opposition to the motion to dismiss as well as a second amended complaint ("SAC"). Any further motions to amend the complaint are unlikely to be granted. Accordingly, it is hereby

ORDERED that the defendants may respond to any new or amended allegations in the SAC in their reply. To the extent that the SAC corrected pleading deficiencies identified in the FAC, those deficiencies shall not be considered as grounds to dismiss the complaint unless the defendants argue that the deficiencies were not corrected.

IT IS FURTHER ORDERED that the defendants' reply is due on Tuesday, April 16. At the time any reply is served, the moving

party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         April 8, 2024

                                          _____
                                          DENISE COTE
                                          United States District Judge