# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Telephone
(212) 972-3213 Fax

jacksonlewis.com

MY DIRECT DIAL IS: (212) 545-4070
MY EMAIL ADDRESS IS: TANIA.MISTRETTA@JACKSONLEWIS.COM

April 16, 2024

**VIA ECF (WITHOUT ENCLOSURES)**
**AND VIA UPS OVERNIGHT MAIL**
**(WITH ENCLOSURES)**
The Hon. Denise Cote, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re: **Spiegel v. Estée Lauder Inc., et al.**
   **Civil No.: 23-CV-11209(DLC)**

Dear Judge Cote:

This firm represents Defendants Estée Lauder Inc., Estée Lauder Companies, Inc., ELC Beauty LLC, Estée Lauder International Inc., Lusine Jacobs, Noé Arteaga, Angelina Miller and Jenne Eugene (collectively "Defendants") in connection with the above-referenced matter. We write pursuant to Rule 4(E) of Your Honor's Individual Practices in Civil Cases to enclose two courtesy copies of the following documents:

- Defendants' Notice of Motion to Strike and Dismiss Plaintiff's Amended Complaint (Document No. 24);

- Defendants' Memorandum of Law in Support of Defendants' Motion to Strike and Dismiss Plaintiff's Amended Complaint (Document No. 25);

- Declaration of Tania J. Mistretta, Esq., In Support of Defendants' Motion To Strike and Dismiss Plaintiff's Amended Complaint, with the accompanying exhibit annexed thereto (Document No. 26);

- Plaintiff's Memorandum of Law In Support of Plaintiff's Cross Motion for Leave to Amend and Opposition to Defendants' Motion to Dismiss with exhibit (Document Nos. 29, 30 and 30-1); and

**JacksonLewis**

The Hon. Denise Cote, U.S.D.J.
April 16, 2024
Page 2

- Defendant's Reply Memorandum of Law in Further Support of Defendants' Motion to Strike and Dismiss Plaintiff's Second Amended Complaint (Document No. 35).

We further write in accordance with Rule 4(F) of Your Honor's Individual Practices in Civil Cases to request oral argument on Defendants' Motion to Dismiss.

Thank you for your consideration of this matter. Please let us know if you require any further information.

Respectfully submitted,

JACKSON LEWIS P.C.

*s/*Tania J. Mistretta
Tania J. Mistretta

Enclosures

cc:   Hugo G. Ortega, Esq. (via ECF without enclosures)
      Cooper Binsky, Esq. (JL – via ECF without enclosures)

4879-9300-9846, v. 1