# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Telephone
(212) 972-3213 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (212) 545-4070
MY EMAIL ADDRESS IS: TANIA.Mistretta@JACKSONLEWIS.COM

June 17, 2024

**VIA ECF**
The Hon. Denise Cote, U.S.D.J.
United States District Court
 Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

          Re:    **Spiegel v. Estée Lauder Inc., et al.**
                  **Civil No.: 23-CV-11209(DLC)**

Dear Judge Cote:

      This firm represents Defendants Estée Lauder Inc., Estée Lauder Companies, Inc., ELC Beauty LLC, Estée Lauder International Inc., Lusine Jacobs, Noé Arteaga, Angelina Miller and Jenne Eugene (collectively "Defendants") in connection with the above-referenced matter.

      We write pursuant to Rule 4(G) of Your Honor's Individual Practices in Civil Cases to notify the Court that as of today, more than sixty (60) days have passed since Defendants' Motion to Strike and Dismiss Plaintiff's Second Amended Complaint was fully briefed on April 16, 2024.

      Thank you for your consideration of this matter. Please let us know if you have any questions or require any additional information.

                              Respectfully submitted,

                              JACKSON LEWIS P.C.

                              */s/ Tania J. Mistretta*
                              Tania J. Mistretta

cc:    Hugo G. Ortega, Esq. (via ECF)
        Cooper Binsky, Esq. (JL – via ECF)

4874-4549-0632, v. 1