**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
THERESA SPIEGEL,

                      Plaintiff,

     -against-                                      23 **CIVIL** 11209 (DLC)

                                                                     **<u>JUDGMENT</u>**

ESTÉE LAUDER INC., ESTÉE LAUDER
COMPANIES, INC., ELC BEAUTY LLC, ESTÉE
LAUDER INTERNATIONAL INC., LUSINE
JACOBS, NOÉ ARTEAGA, ANGELINA MILLER
and JEANNE EUGENE,

                      Defendants.
------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 11, 2024, the defendants' March 15, 2024 motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

       July 12, 2024

                                                              **DANIEL ORTIZ**
                                                        **Acting Clerk of Court**

                                  **BY:**     *K. Mango*

                                                            **Deputy Clerk**