# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

THERESA SPIEGEL

(List the full name(s) of the plaintiff(s)/petitioner(s).)

23CV_11209 (DLC)

-against-

**NOTICE OF APPEAL**

ESTEE LAUDER INC., ESTEE LAUDER COMPANIES, INC
~~ELS BEAUTY LLC, ESTEE LAUDER INTERNATIONAL~~ INC.
LUSINE JACOBS, NOE ARTEAGA, ANGELINA MILLER,
~~JEANNE EUGENE~~

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: THERESA SPIEGEL

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☐ judgment  x order  entered on: JULY 11, 2024

(date that judgment or order was entered on docket)

that: COMPLAINT IS DISMISSED

(If the appeal is from an order, provide a brief description above of the decision in the order.)

8/1/24
Dated

Signature

Tanner & Ortega, LLP
Name (Last, First, MI)

299 Broadway, Suite 1700   New York,   NY   10007
Address              City            State      Zip Code

212-962-1333                         hortega@tannerortega.com
Telephone Number                     E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13