```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
THERESA SPIEGEL,                        :
                                        :
                    Plaintiff,          :      23cv11209 (DLC)
                                        :
          -v-                           :           ORDER
                                        :
ESTEE LAUDER, INC., et al.,             :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendants' letter of June 10, 2025, it is hereby

ORDERED that the initial conference scheduled for June 13 at 2:30 PM is moved to **June 18** at **10:30 AM**. The parties shall confer regarding narrowing of the claims and discovery needed in the case. Please refer to the Order issued on May 28, 2025 for all other information related to the conference.

Dated:   New York, New York
         June 11, 2025

                                        _____
                                              DENISE COTE
                                        United States District Judge