# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4070 Direct
(212) 972-3213 Fax
Tania.Mistretta@jacksonlewis.com
www.jacksonlewis.com

July 16, 2025

**VIA ECF**

Hon. Denise L. Cote, U.S.D.J.
United States District Court
 Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

        **Re:**   **Theresa Spiegel v. Estée Lauder Companies, Inc., et al.**
           **Case No. 23-CV-11209 (DLC)**

Dear Judge Cote:

  This Firm represents Defendants Estée Lauder Companies, Inc. and ELC Beauty, LLC ("Defendants") in connection with the above-referenced matter. We submit this status letter jointly with counsel for Plaintiff Theresa Spiegel ("Plaintiff").

  The parties are pleased to report that they reached a settlement in principle which will serve to resolve this case in its entirety. As the settlement resolves claims including those brought pursuant to the Fair Labor Standards Act, the parties intend to submit the settlement agreement relating to such claims to the Court for review and approval as provided for in Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015).

  We anticipate that the agreement will be fully-executed by all parties and ready for submission to the Court in the next forty-five (45) days. Accordingly, we respectfully request that all deadlines, including the deadline for Defendants to respond to Plaintiff's Third Amended Complaint, be adjourned *sine die* pending the settlement agreement being finalized and filed.

  Please let us know if you require any additional information. Thank you for your consideration of this matter.

            Respectfully submitted,

            JACKSON LEWIS P.C.

            */s/ Tania J. Mistretta*
            Tania J. Mistretta

cc: All Counsel (Via ECF)